Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bobbi J. Bergman**
   Debtor(s)

Bankruptcy Case No.: 15–24689–GLT
Related to Docket No. 44
Chapter: 13
Docket No.: 45 – 44
Concil. Conf.: February 14, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **January 25, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **February 11, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 14, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 11, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 15-24689-GLT
Bobbi J. Bergman                                                    Chapter 13
                  Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: Dec 11, 2018
                              Form ID: 213                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db             +Bobbi J. Bergman,    859 Collinsburg Rd.,    West Newton, PA 15089-2503
14222963        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL   60197-5008
14203111        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
14156991       #Chase Auto Finance,    P.O. Box 901037,   Fort Worth, TX 76101-2037
14156993       +Dr. Robert Mortimer DMD,    c/o IC Systems,    444 Highway 96 East,    P.O. Box 64379,
                 Saint Paul, MN 55127-2557
14156994        Enhanced Recovery Company LLC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
14156995        Fayette Veterinary Hospital,    First Credit Resources Inc,    1446 Frankstown Rd.,
                 Johnstown, PA 15902
14156996       +First National Bank of PA,    1 FNB Bouleavard,    Hermitage, PA 16148-3363
14156997        Justice,   P.O. Box 71106,    Charlotte, NC 28272-1106
14156999       +NBC Management Services Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
14221057       +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
14157000        PNC Mortgage,   P.O. Box 6534,    Carol Stream, IL 60197-6534
14157001       +Udren Law Offices,    Woodcrest Corporate Center Suite 200,    111 Woodcrest Raod,
                 Cherry Hill, NJ 08003-3620
14157003        Verizon,   MRS,    1930 BPO, LLC,   Cherry Hill, NJ 08003
14157004        Windham Professionals,    P.O. Box 1048,   Salem, NH 03079-1048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14185320        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 12 2018 03:20:48
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK   73124-8838
14156990        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 03:10:12     Capital One,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
14178023        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 03:10:13
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14156992        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 12 2018 03:04:39      Comenity Bank,
                 P.O. Box 182273,    Columbus, OH 43218-2273
14208051        E-mail/Text: bk.notifications@jpmchase.com Dec 12 2018 03:04:39      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14156998        E-mail/Text: bnckohlsnotices@becket-lee.com Dec 12 2018 03:04:27      Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
14219897        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2018 03:20:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14157002        E-mail/Text: Supportservices@receivablesperformance.com Dec 12 2018 03:05:29     Verizon,
                 c/o RPM,    P.O. Box 1548,   Lynnwood, WA 98046-1548
14225112       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 12 2018 03:05:01      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, N.A.
cr              PNC Bank, National Association
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.



I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2018                              Signature:  /s/Joseph Speetjens
```

```
District/off: 0315-2          User: dbas              Page 2 of 2            Date Rcvd: Dec 11, 2018
                              Form ID: 213            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:

```
          Abagale E. Steidl    on behalf of Debtor Bobbi J. Bergman asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
           ewassall@logs.com
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, N.A. pabk@logs.com,
           ewassall@logs.com
          James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor Bobbi J. Bergman julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```