IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bobbi Bergman, | ) | Case No. 15-24689 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Bobbi Bergman, | ) | Related to Document No. 57 |
| Social Security No. XXX-XX- 7910 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Allegheny Health Network and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 31, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Bobbi Bergman
859 Collinsburg Rd.
West Newton, PA 15089

Allegheny Health Network/Allegheny Clinic
Attn: Payroll Dept.
320 East North Avenue
Pittsburgh, PA 15212

Date of Service:     December 31, 2019     /s/ Abagale E. Steidl
                                           Abagale E. Steidl, Esquire
                                           STEIDL & STEINBERG
                                           28th Floor, Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA 15219
                                           (412) 391-8000
                                           PA I.D. 319217