IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-24689 GLT |
| Bobbi J. Bergman, ) | Chapter 13 |
| ) | Docket No. |
| *Debtor* ) | |
| ) | |
| Bobbi J. Bergman, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *No Respondent(s)* ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 19, 2020 at docket number 62, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| November 6, 2020 | /s/ Bobbi J. Bergman |
| Date | Debtor |
| | |
| _____ | _____ |
| Date | Debtor |

Respectfully submitted,

November 12, 2020                    /s/ Abagale E. Steidl
DATE                                 Abagale E. Steidl, Esquire
                                     Attorney for the Debtor

                                     STEIDL & STEINBERG
                                     Suite 2830, Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA 15219
                                     (412) 391-8000
                                     asteidl@steidl-steinberg.com
                                     PA I.D. No. 319217

**PAWB Local Form 24 (07/13)**