FILED
1/11/21 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    BOBBI J. BERGMAN

          Debtor(s)
Ronda J. Winnecour, Trustee
   Movant
      vs.
  BOBBI J. BERGMAN


       Respondents

Case No.15-24689GLT


Chapter 13


Related to Docket No. 67

---

## ORDER TO STOP PAYROLL DEDUCTIONS

   AND NOW, this  11th Day of January, 2021                 , it is hereby ORDERED, ADJUDGED, and DECREED that,

Allegheny Health Network
Attn : Payroll Manager
320 East North Ave
Pittsburgh,PA 15212

is hereby ordered to immediately terminate the attachment of the wages of BOBBI J. BERGMAN, social security number XXX-XX-7910.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BOBBI J. BERGMAN.


FURTHER ORDERED:


                             BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

                             Gregory L. Taddonio, Judge
                             United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-24689-GLT
Bobbi J. Bergman                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dpas                                    Page 1 of 2
Date Rcvd: Jan 11, 2021                        Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

**Recip ID**              **Recipient Name and Address**
db              +  Bobbi J. Bergman, 859 Collinsburg Rd., West Newton, PA 15089-2503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021                    Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | |
| | on behalf of Debtor Bobbi J. Bergman asteidl@steidl-steinberg.com |
| | julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | |
| | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Elizabeth Lamont Wassall | |
| | on behalf of Creditor PNC Bank  N.A. pabk@logs.com, ewassall@logs.com |

Kenneth Steidl
on behalf of Debtor Bobbi J. Bergman julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@st
eidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 8