IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Bobbi J. Bergman, ) | Case No. 15-24689 GLT |
| *Debtor* ) | Chapter 13 |
| ) | Related to Document No. 68 |
| Ronda J. Winnecour, Trustee, ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Bobbi J. Bergman, ) | |
| *Respondent(s)* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 15, 2021, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Allegheny Health Network
c/o Payroll Manager
320 East North Ave.
Pittsburgh, PA 15212

Bobbi J. Bergman
859 Collinsburg Rd.
West Newton, PA 15089

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    January 15, 2021    /s/ Abagale E. Steidl
Abagale E. Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 319217