Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Bobbi J. Bergman**<br>*Debtor(s)* | Case No. 15−24689−GLT<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | |
| v.<br>**No Respondents**<br>*Respondent(s).* | Related to Document No. 73<br>Hearing Date: 5/5/21 at 02:30 PM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

 *AND NOW,* this *The 23rd of February, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 73 by the Chapter 13 Trustee,

 It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

 (1)  *On or before April 9, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

 (2)  This Motion is scheduled for hearing on *May 5, 2021 at 02:30 PM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

 (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

 (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:   
Bobbi J. Bergman   
    Debtor

Case No. 15-24689-GLT   
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 604 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobbi J. Bergman, 859 Collinsburg Rd., West Newton, PA 15089-2503 |
| 14222963 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14203111 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14156991 | | Chase Auto Finance, P.O. Box 901037, Fort Worth, TX 76101-2037 |
| 14156993 | + | Dr. Robert Mortimer DMD, c/o IC Systems, 444 Highway 96 East, P.O. Box 64379, Saint Paul, MN 55127-2557 |
| 14156995 | | Fayette Veterinary Hospital, First Credit Resources Inc, 1446 Frankstown Rd., Johnstown, PA 15902 |
| 14156996 | + | First National Bank of PA, 1 FNB Bouleavard, Hermitage, PA 16148-3363 |
| 14156997 | | Justice, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14156999 | + | NBC Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14157000 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 14157001 | + | Udren Law Offices, Woodcrest Corporate Center Suite 200, 111 Woodcrest Raod, Cherry Hill, NJ 08003-3620 |
| 14157003 | | Verizon, MRS, 1930 BPO, LLC, Cherry Hill, NJ 08003 |
| 14157004 | | Windham Professionals, P.O. Box 1048, Salem, NH 03079-1048 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14185320 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 03:37:22 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14156990 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:41:43 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14178023 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:45:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14156992 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 03:20:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14156994 | | Email/Text: bknotice@ercbpo.com | Feb 24 2021 03:21:00 | Enhanced Recovery Company LLC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14208051 | | Email/Text: bk.notifications@jpmchase.com | Feb 24 2021 03:20:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14156998 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2021 03:19:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14221057 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14219897 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 02:41:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14157002 | | Email/Text: Supportservices@receivablesperformance.com | Feb 24 2021 03:22:00 | Verizon, c/o RPM, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 14225112 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 24 2021 03:21:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

District/off: 0315-2 | User: dbas | Page 2 of 2
Date Rcvd: Feb 23, 2021 | Form ID: 604 | Total Noticed: 24

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

**Name** | **Email Address**

Abagale E. Steidl
on behalf of Debtor Bobbi J. Bergman asteidl@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Brian Nicholas
on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Elizabeth Lamont Wassall
on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Elizabeth Lamont Wassall
on behalf of Creditor PNC Bank  N.A. pabk@logs.com, ewassall@logs.com

Kenneth Steidl
on behalf of Debtor Bobbi J. Bergman julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8