**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BOBBI J. BERGMAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:15-24689<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| February 22, 2021 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/29/2015 and confirmed on 2/11/16. The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,202.00 |
| Less Refunds to Debtor | 835.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,366.66 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,390.00 | |
|   Trustee Fee | 3,514.28 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,904.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 48,085.84 | 0.00 | 48,085.84 |
|     Acct: 4292 | | | | |
|   PNC BANK NA | 4,845.33 | 4,845.33 | 0.00 | 4,845.33 |
|     Acct: 4292 | | | | |
|   JPMORGAN CHASE BANK NA | 12,710.45 | 12,710.45 | 820.76 | 13,531.21 |
|     Acct: 5210 | | | | |
| | | | | 66,462.38 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BOBBI J. BERGMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BOBBI J. BERGMAN | 664.00 | 664.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BOBBI J. BERGMAN | 171.34 | 171.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 635.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 4739 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 685.59 | 0.00 | 0.00 | 0.00 |
|     Acct: 5185 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2169 | | | | |
|   ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4553 | | | | |
|   FIRST CREDIT RESOURCES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7826 | | | | |
|   FIRST NATIONAL BANK OF PA(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2015 | | | | |
|   JUSTICE | 0.00 | 0.00 | 0.00 | 0.00 |

15-24689 Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8913 | | | | |
| CAPITAL ONE NA** | 534.45 | 0.00 | 0.00 | 0.00 |
| Acct: 7722 | | | | |
| NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6065 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 776.91 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 170.97 | 0.00 | 0.00 | 0.00 |
| Acct: 7004 | | | | |
| WINDHAM PROFESSIONALS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3079 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 136.53 | 0.00 | 0.00 | 0.00 |
| Acct: 7675 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIF | 493.65 | 0.00 | 0.00 | 0.00 |
| Acct: 7002 | | | | |
| WEST PENN POWER* | 1,175.30 | 0.00 | 0.00 | 0.00 |
| Acct: 6795 | | | | |
| UDREN LAW OFFICES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS 66,462.38

TOTAL CLAIMED
PRIORITY        0.00
SECURED    17,555.78
UNSECURED   4,609.33

Date: 02/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   BOBBI J. BERGMAN

        Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:15-24689

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bobbi J. Bergman  
    Debtor

Case No. 15-24689-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 2  
Date Rcvd: Feb 23, 2021     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobbi J. Bergman, 859 Collinsburg Rd., West Newton, PA 15089-2503 |
| 14222963 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14203111 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14156991 | | Chase Auto Finance, P.O. Box 901037, Fort Worth, TX 76101-2037 |
| 14156993 | + | Dr. Robert Mortimer DMD, c/o IC Systems, 444 Highway 96 East, P.O. Box 64379, Saint Paul, MN 55127-2557 |
| 14156995 | | Fayette Veterinary Hospital, First Credit Resources Inc, 1446 Frankstown Rd., Johnstown, PA 15902 |
| 14156996 | + | First National Bank of PA, 1 FNB Bouleavard, Hermitage, PA 16148-3363 |
| 14156997 | | Justice, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14156999 | + | NBC Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14157000 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 14157001 | + | Udren Law Offices, Woodcrest Corporate Center Suite 200, 111 Woodcrest Raod, Cherry Hill, NJ 08003-3620 |
| 14157003 | | Verizon, MRS, 1930 BPO, LLC, Cherry Hill, NJ 08003 |
| 14157004 | | Windham Professionals, P.O. Box 1048, Salem, NH 03079-1048 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14185320 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 03:37:22 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14156990 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:43:34 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14178023 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:43:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14156992 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 03:20:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14156994 | | Email/Text: bknotice@ercbpo.com | Feb 24 2021 03:21:00 | Enhanced Recovery Company LLC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14208051 | | Email/Text: bk.notifications@jpmchase.com | Feb 24 2021 03:20:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14156998 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2021 03:19:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14221057 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 03:19:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14219897 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 02:43:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14157002 | | Email/Text: Supportservices@receivablesperformance.com | Feb 24 2021 03:22:00 | Verizon, c/o RPM, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 14225112 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 24 2021 03:21:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Bobbi J. Bergman asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  N.A. pabk@logs.com, ewassall@logs.com |
| Kenneth Steidl | on behalf of Debtor Bobbi J. Bergman julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8