| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Bobbi J. Bergman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7910 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **15–24689–GLT** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bobbi J. Bergman

4/14/21                                                      **By the court:**   Gregory L. Taddonio
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bobbi J. Bergman  
     Debtor

Case No. 15-24689-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 3  
Date Rcvd: Apr 14, 2021      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobbi J. Bergman, 859 Collinsburg Rd., West Newton, PA 15089-2503 |
| 14222963 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14156991 | | Chase Auto Finance, P.O. Box 901037, Fort Worth, TX 76101-2037 |
| 14156995 | | Fayette Veterinary Hospital, First Credit Resources Inc, 1446 Frankstown Rd., Johnstown, PA 15902 |
| 14156996 | + | First National Bank of PA, 1 FNB Bouleavard, Hermitage, PA 16148-3363 |
| 14156997 | | Justice, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14156999 | + | NBC Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14157000 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 14157001 | + | Udren Law Offices, Woodcrest Corporate Center Suite 200, 111 Woodcrest Raod, Cherry Hill, NJ 08003-3620 |
| 14157003 | | Verizon, MRS, 1930 BPO, LLC, Cherry Hill, NJ 08003 |
| 14157004 | | Windham Professionals, P.O. Box 1048, Salem, NH 03079-1048 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 15 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 15 2021 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14185320 | | EDI: AIS.COM | Apr 15 2021 03:28:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14203111 | | EDI: BL-BECKET.COM | Apr 15 2021 03:28:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14156990 | | EDI: CAPITALONE.COM | Apr 15 2021 03:28:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14178023 | | EDI: CAPITALONE.COM | Apr 15 2021 03:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14156992 | | EDI: WFNNB.COM | Apr 15 2021 03:28:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14156993 | + | EDI: IIC9.COM | Apr 15 2021 03:28:00 | Dr. Robert Mortimer DMD, c/o IC Systems, 444 Highway 96 East, P.O. Box 64379, Saint Paul, MN 55127-2557 |

Case 15-24689-GLT  Doc 80  Filed 04/16/21  Entered 04/17/21 00:41:51  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: 3180W | Total Noticed: 26 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 14156994 | Email/Text: bknotice@ercbpo.com | Apr 15 2021 04:04:00 | Enhanced Recovery Company LLC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14208051 | EDI: CHASEAUTO | Apr 15 2021 03:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14156998 | Email/Text: PBNCNotifications@peritusservices.com | Apr 15 2021 03:25:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14221057 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2021 03:25:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14219897 | EDI: PRA.COM | Apr 15 2021 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14157002 | Email/Text: Supportservices@receivablesperformance.com | Apr 15 2021 04:05:00 | Verizon, c/o RPM, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 14225112 | + Email/Text: bankruptcy@firstenergycorp.com | Apr 15 2021 04:04:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Bobbi J. Bergman asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 3 of 3 |
| Date Rcvd: Apr 14, 2021 | Form ID: 3180W | Total Noticed: 26 |

Elizabeth Lamont Wassall
    on behalf of Creditor PNC Bank N.A. pabk@logs.com, ewassall@logs.com

Kenneth Steidl
    on behalf of Debtor Bobbi J. Bergman julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8